UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. MEREDITH GOLOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-01556-RLY-MG |
| vs. ) | |
| ) | |
| INDIANA UNIVERSITY HEALTH ) | |
| CARE ASSOCIATES, INC. d/b/a ) | |
| IU HEALTH PHYSICIANS ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff Meredith Golomb ("Dr. Golomb"), by counsel, with the consent of the Defendant Indiana University Health Care Associates, Inc. d/b/a IU Health Physicians ("IUHP"), hereby moves the Court to dismiss her case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) (the "Motion") and in support of her Motion states as follows:

1. On August 29, 2023, Dr. Golomb filed her *Complaint and Jury Trial Demand* alleging claims for discrimination and retaliation pursuant to the Americans with Disabilities Act, as amended, and for discrimination pursuant to the Age Discrimination in Employment Act, as amended. [ECF. No. 1].

2. On October 24, 2023, IUHP filed its *Answer and Affirmative Defenses to Plaintiff's Complaint and Jury Trial Demand*. [ECF. No. 15].

3. On November 27, 2023, the parties, by counsel, attended the initial pre-trial conference and the court entered the *Case Management Plan*. [ECF. Nos. 19 and 21].

4. The parties agreed to extend certain deadlines and on August 28, 2024, the court entered its *Order Granting Joint Motion to Extend Certain Case Management Deadlines*, which

included extending the liability discovery deadline to December 10, 2024, and the dispositive motion deadline to January 17, 2025. [ECF. No. 45].

5.  To date in the case, the parties have exchanged written discovery requests and responses.

6.  In addition, counsel for IUHP deposed Dr. Golomb on November 7, 2024.

7.  The undersigned counsel provided IUHP counsel with a list of witnesses to depose, but those depositions have not been taken or scheduled.

8.  No expert witnesses have been disclosed in this case.

9.  To date, IUHP has not filed a Motion for Summary Judgment in this matter.

10. There is no final pre-trial conference or trial scheduled in this matter.

11. Dr. Golomb respectfully requests to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2), with prejudice. Dr. Golomb is not seeking this voluntary dismissal in order to file another lawsuit against IUHP, which is why she is requesting the matter be dismissed with prejudice.

12. The undersigned counsel has discussed this Motion with counsel for IUHP and counsel for IUHP consents to the Motion.

13. Accordingly, Plaintiff respectfully requests that her *Unopposed Motion for Voluntary Dismissal of Case* be granted, with prejudice.

WHEREFORE, Plaintiff, Dr. Meredith Golomb, respectfully requests that the Court grant *Plaintiff's Unopposed Motion for Voluntary Dismissal of Case* be granted, with prejudice.

Respectfully submitted,

*s/Kimberly D. Jeselskis*
Kimberly D. Jeselskis, Attorney No. 23422-49
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, Indiana 46204
Telephone: (317) 220-6290
Facsimile: (317) 220-6291
kjeselskis@jbjlegal.com

*Counsel for Plaintiff Meredith Golomb*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Laurie E. Martin | lmartin@hooverhullturner.com |
| Gregory A. English | genglish@hooverhullturner.com |

*s/Kimberly D. Jeselskis*
Kimberly D. Jeselskis

3