UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. MEREDITH GOLOMB, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:23-cv-01556-RLY-MG ) ) |
| INDIANA UNIVERSITY HEALTH CARE ASSOCIATES, INC. d/b/a IU HEALTH PHYSICIANS | ) ) ) ) |
| Defendant. | ) ) |

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 12/02/2024

## ORDER OF DISMISSAL

The Court, having considered the Plaintiff's Unopposed Motion for Voluntary Dismissal of Case with Prejudice and being duly advised, hereby ORDERS this matter DISMISSED WITH PREJUDICE.

Dated

Judge, United States District Court,
Southern District of Indiana

Copies to all counsel via CM/ECF.